# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### No. 5:26-CT-3041-D

| | |
|---|---|
| JESSE LEE HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )      **ORDER** |
| | ) |
| LT. QUINN, et al., | ) |
| | ) |
| Defendants. | ) |

On February 13, 2026, Jesse Lee Hopkins ("Hopkins" or "plaintiff"), a federal inmate proceeding pro se, filed this action under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971) [D.E. 1]. On February 18, 2026, the court granted Hopkins's motion to proceed without prepayment of fees [D.E. 8]. Hopkins moves for injunctive relief [D.E. 5], appointment of counsel [D.E. 6], and to voluntarily dismiss this action and a refund of the filing fee [D.E. 11].

A plaintiff may dismiss an action voluntarily by filing a notice of dismissal before the adverse party files an answer or a summary judgment motion. See Fed. R. Civ. P. 41(a)(1)(A)(i). Otherwise, a dismissal may be effected "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Defendants have not filed an answer or a motion for summary judgment. Thus, Hopkins may voluntarily dismiss the action.

In sum, the court GRANTS plaintiff's motion for voluntary dismissal [D.E. 11], DENIES AS MOOT plaintiff's remaining motions [D.E. 5, 6], VACATES the order allowing plaintiff to proceed without prepayment of fees [D.E. 8], and DISMISSES WITHOUT PREJUDICE this

action.  The court DIRECTS the clerk to refund any portion of the filing fee previously paid and to close the case.

SO ORDERED.  This _15_ day of June, 2026.

JAMES C. DEVER III
United States District Judge

2